IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE CLARK                                                                                    PLAINTIFF

vs.                                          CASE NO. **4:04CV763GH**

PULASKI COUNTY JUVENILE
DETENTION CENTER, ET AL.                                                      DEFENDANTS

## ORDER

The Court is in receipt of the attached letter from counsel requesting appointment of new counsel. The matter is referred to the Magistrate Judge to determine if new counsel should be appointed, and if so, for appointment of counsel. The Clerk is directed to provide a copy of this Order to the Magistrate Judge.

IT IS SO ORDERED this 31st day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE