IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE CLARK                                                                                          PLAINTIFF

V.                            NO.  4:04CV00763 GH/JWC

PULASKI COUNTY JUVENILE                                                                  DEFENDANT
DETENTION CENTER, et al

## ORDER

Counsel is directed to file with the Court, on or before September 9, 2005, a status report regarding this case.  The Clerk is directed to send a copy of this order to Plaintiff as well as counsel.

IT IS SO ORDERED this 1st day of September, 2005.


_____
UNITED STATES MAGISTRATE JUDGE